

2013 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

10-21-2013

# In Re: Asbestos Prod Liab Lit

Precedential or Non-Precedential: Non-Precedential

Docket No. 12-2527

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2013

Recommended Citation

"In Re: Asbestos Prod Liab Lit " (2013). *2013 Decisions.* Paper 66.
http://digitalcommons.law.villanova.edu/thirdcircuit_2013/66

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2013 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

Nos. 12-2527
_____

In Re: Asbestos Products Liability Litigation

North Dakota Pipefitter II Group Plaintiffs,

Appellants
_____

On Appeal from the United States District Court
for the Eastern District of Pennsylvania
(Civil Action Nos. 01-md-00875, 09-cv-66581, et seq.)
District Judge: Honorable Eduardo C. Robreno
_____

**O R D E R**

It IS NOW ORDERED that the September 6, 2013 Opinion and Judgment be amended as follows:

On page 1 of the Court's Opinion and Judgment the Civil Action Nos. "01-md- 00875, 09-cv-66582, et seq" is corrected to read Civil Action Nos. "01-md-00875,  09-cv-66581, et seq."

This amendment does not change the date of filing (September 6, 2013).


For the Court,

/s/ Marcia M. Waldron
Clerk

Dated: October 21, 2013
cc:    Gino F. Battisti, Esq.
       David C. Thompson, Esq.
       Trevor J. Will, Esq.
       Jason T. Mohr, Esq.
       Thomas M. Stieber, Esq.
       Jeanette T. Boechler, Esq.